THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARVEY STEMMER, Appellant.

Argued April 18, 1946; decided June 6, 1946.

*Edward H. Levine* for appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.